UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

----------------------------------------------------------X

DELTA FAUCET,

              Plaintiff(s),

   -against-

MAVERICK MEDICAL LLC, SEAN KAUPP,
and JOHN DOES 1-10,

              Defendant(s).

----------------------------------------------------------X

Case No. 1:26-cv-00915-RLY-TAB

PROOF OF SERVICE

      VERONICA CALDERON, declare under penalty of perjury and says that she is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 7th day of May, 2026, at approximately 11:25 AM, I served a true copy of the Summons in a Civil Action, Complaint for Damages, Injunctive, and Other Relief for Violation of 15 U.S.C § 1114, 15 U.S.C. § 1125(a), and Related Claims and Civil Cover Sheet upon Sean Kaupp at 395 South End Ave, Apt 28M, New York, NY, by personally delivering and leaving the same with Sean Kaupp at that address. At the time of service, I asked Sean Kaupp whether he is in active military service or dependent upon someone in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

      Sean Kaupp is a Caucasian male, approximately 39 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 140 pounds with black hair.

VERONICA CALDERON #2124081
Process Server
Dated: May 8, 2026