UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DELTA FAUCET COMPANY,      )
          )
   Plaintiff(s),        )
          )
v.          )   Cause No. 1:26-cv-00915-RLY-TAB
MAVERICK MEDICAL LLC,     )
SEAN KAUPP, and JOHN DOES 1-10,   )
          )
   Defendant(s).      )

### MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Ben T. Lila respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendants Maverick Medical LLC and Sean Kaupp in the above-styled cause only.  In support of this motion, the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): State of California (Admitted 2006).

2.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: May 21, 2026                    Respectfully submitted,


_____/Ben T. Lila/_____
Ben T. Lila
Mandour & Associates, APC
8605 Santa Monica Blvd., Suite 1500
Telephone: (858) 487-9300
Email: blila@mandourlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| DELTA FAUCET COMPANY, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Cause No. 1:26-cv-00915-RLY-TAB |
| MAVERICK MEDICAL LLC, | ) | |
| SEAN KAUPP, and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Ben T. Lila, counsel for Defendants

Maverick Medical LLC and Sean Kaupp, for leave to appear and participate *pro hac vice* in the above-

captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is,

GRANTED.


Applicant's contact information should be entered as follows:

Ben T. Lila
Mandour & Associates, APC
8605 Santa Monica Blvd., Suite 1500
Telephone: (858) 487-9300
Email: blila@mandourlaw.com


Distribution list:

To all registered counsel by CM/ECF